No. 03–1382. HUFFMAN, WARDEN *v.* FRAZIER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis*

granted. Certiorari denied.